[Nos. 47648-7-II; 48748-9-II.   Division Two.   April 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT OSTASZEWSKI, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 14-1-00280-5, Jennifer A. Forbes, J., entered May 4, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 48018-2-II.   Division Two.   April 25, 2017.]

MICHAEL GILMORE, *Respondent*, v. JEFFERSON COUNTY PUBLIC TRANSPORTATION BENEFIT AREA, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 10-2-00390-7, Keith C. Harper, J., entered August 14, 2015. *Reversed* and *remanded* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48432-3-II.   Division Two.   April 25, 2017.]

RIVER STONE HOLDINGS NW, LLC, *Respondent*, v. ALICE M. LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-03290-2, David E. Gregerson, J., entered January 5, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ. Now published at 199 Wn. App. 87.

[No. 48636-9-II.   Division Two.   April 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH ALAN RATLIFF, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00848-3, James J. Dixon, J., entered December 30, 2015 and Mary Sue Wilson, J., January 5 and 14, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.